**Order entered June 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01752-CV

**STUTZ ROAD LIMITED PARTNERSHIP, ET AL., Appellants**

**V.**

**WEEKLEY HOMES, L.P. D/B/A DAVID WEEKLEY HOMES, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-01696-B**

## ORDER

We **GRANT** the June 2, 2014 unopposed second motions of appellant Len-Mac Development Corp. and appellants Stutz Road Limited Partnership and William D. White for an extension of time to file their briefs. Appellants shall file their respective briefs on or before **July 2, 2014**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
           JUSTICE